UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLINTON KERSHAW,

                Plaintiff,

     -against-

MATTHEW WARD,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2025

23-cv-4150 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On May 1, 2025, the Court issued an Order to Show Cause directing Plaintiff Clinton Kershaw ("Plaintiff") to show cause in writing on or before May 22, 2025, as to why the instant action should not be dismissed for want of prosecution pursuant to Federal Rules of Civil Procedure 41(b). To date, the deadline expired 8 days ago, and Plaintiff has failed to respond to the Order to Show Cause.

Accordingly, the Court DISMISSES the above-captioned action without prejudice for want of prosecution. The Clerk of the Court is kindly directed to terminate this action.

Dated: May 30, 2025
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge